UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Scott Phillips | ) |
| | ) |
| Vs. | ) C.A. No. 13-747-M |
| | ) |
| Costa, Inc., et al | ) |
| | ) |
| | ) |

ORDER

The above captioned case was filed with this Court on November 19, 2013. In view of the fact that this case is related to and involves the same issues as a case filed in this district on December 18, 2013 titled **Marvin Gordon v. Costa, Inc., et al. C.A. No. 13-786-M**, it is hereby ordered that these cases be consolidated and all further filings shall be made in **C.A. No. 13-747-M which is designated as the lead case.**

SO ORDERED:

   /s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
January 10, 2014