# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCOTT PHILLIPS, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br>COSTA, INC., DAVID G. WHALEN, RUSSELL A. BOSS, BERNARD A. BUONANNO, JR., JACOB C. GAFFEY, DWAIN L. HAHS, HARLEN M. KENT, ANDREW J. PARSONS, FRANCES P. PHILIP, and GWH ACQUISITION SUB, INC.,<br><br>                  Defendants. | Civil Action No. 13-747 M |
| MARVIN GORDON, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br>COSTA, INC., DAVID G. WHALEN, RUSSELL A. BOSS, BERNARD A. BUONANNO, JR., JACOB C. GAFFEY, DWAIN L. HAHS, HARLEN M. KENT, ANDREW J. PARSONS, FRANCES P. PHILIP, and GWH ACQUISITION SUB, INC.,<br><br>                  Defendants. | Civil Action No. 13-786 M |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41, by and between Plaintiffs Scott Phillips and Marvin Gordon ("Plaintiffs") and defendants Costa, Inc., David G. Whalen, Russell A. Boss, Bernard A. Buonanno, Jr., Jacob C. Gaffey, Dwain L. Hahs, Harlen M. Kent, Andrew J. Parsons, Frances P. Philip, and GWH

Acquisition Sub, Inc. ("Defendants") in the above-captioned consolidated actions, through their undersigned counsel and subject to the approval of the Court, that all claims pending in the above-captioned consolidated actions against the Defendants are hereby dismissed with prejudice as to Plaintiffs, with the parties bearing their own costs and attorneys' fees. Plaintiffs represent that no compensation in any form has been passed directly or indirectly from any of the Defendants to Plaintiffs or Plaintiffs' counsel and no promise to give any such compensation has been made.

Dated: May 28, 2014

By: /s/ Barry J. Kusintiz
Barry J. Kusinitz, Esq. #1404
155 South Main Street, Suite 405
Providence, RI 02903
Tel: (401) 831-4200
Fax: (401) 831-7053
Email: bkusinitz@bdglawyers.com

**OF COUNSEL:**

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins, Esq.
Sebastiano Tornatore, Esq.
733 Summer Street, Suite 304
Stamford, CT 06901
Tel.: (212) 363-7500
Fax: (866) 367-6510

**FARUQI & FARUQI, LLP**
Juan E. Monteverde, Esq.
369 Lexington Avenue, 10th Fl.
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: May 28, 2014 | By: */s/ Robert G. Flanders, Jr.*  \_\_\_\_<br>Robert G. Flanders, Jr. #1785<br>Robin L. Main # 4222<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>Tel: (401) 274-2000<br>Fax: (401) 277-9600<br>rflanders@hinckleyallen.com<br>rmain@hinckleyallen.com |

**OF COUNSEL:**

John A. Neuwirth
Joshua S. Amsel
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Attorneys for Defendants Costa, Inc.,*
*David G. Whalen, Russell A. Boss,*
*Bernard A. Buonanno, Jr., Jacob C. Gaffey,*
*Dwain L. Hahs, Harlen M. Kent,*
*Andrew J. Parsons, and Frances P. Phillip*

| | |
|---|---|
| Dated: May 28, 2014 | By: */s/ Joseph A. Farside, Jr.*  \_\_\_\_<br>Joseph A. Farside, Jr. #7559<br>Edwards Wildman Palmer LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>Tel: (401) 274-9200<br>Fax: (401) 276-6611<br>jfarside@edwardswildman.com<br><br>and<br><br>John J. Tumilty<br>Edwards Wildman Palmer LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Tel: (617) 239-0100<br>Fax: (617) 227-4420<br>jtumilty@edwardswildman.com<br><br>*Attorneys for Defendant GWH Acquisition Sub, Inc.* |

IT IS SO ORDERED this \_\_\_\_ day of _____ 2014.

_____
Hon. John J. McConnell, Jr.
United States District Judge

4811-1207-8106, v. 1